# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Western Division

UNITED STATES OF AMERICA

                                                Plaintiff,

v.                                                                                    Case No.: 3:11−cr−50055
                                                                                   Honorable Matthew F. Kennelly

Jason Smiekel

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 6, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Jason Smiekel: Motion hearing held on 3/6/2020. Defendant's motion for termination of probation [99] is granted for the reasons stated in open court. Defendant Jason Smiekel's term of supervised release is terminated effective immediately. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.